# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILBERT GLOVER, | Case No. 18-CV-285 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MATT BOSTROM, DAVE METUSALEM, JOE PAGET, #9, SERGEANT RICHARD RODRIGUEZ, GREG CROUCHER, | |
| Defendants. | |

The Court has received the March 12, 2019 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. [ECF No. 63 ("R&R").] No party has objected to the R&R, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation [ECF No. 63] is ACCEPTED; and

2. Defendant Croucher's Motion to Dismiss [ECF No. 46] is GRANTED.

Dated: April 16, 2019                           BY THE COURT:

                                                s/Nancy E. Brasel
                                                Nancy E. Brasel
                                                United States District Judge