# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILBERT GLOVER, | Case No. 18-CV-285 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MATT BOSTROM, DAVE METUSALEM, JOE PAGET, SERGEANT RICHARD RODRIGUEZ, COUNTY OF RAMSEY SHERIFF, and GREG CROUCHER, | |
| Defendants. | |

The Court has received the May 28, 2020 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 104.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 104) is ACCEPTED;

2. Defendants' Motion for Summary Judgment (ECF No. 74) is GRANTED; and

3. Plaintiff's Complaint (ECF No. 1) and Amended Complaint (ECF No. 15) are DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 31, 2020                           BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge